UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARAH L. MAY,

           Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C19-5393-MLP

ORDER

On February 3, 2020, this Court affirmed the final decision of the Commissioner and dismissed this case with prejudice. (Dkt. ## 16-17.) On April 3, 2020, Plaintiff appealed that decision to the Ninth Circuit. (Dkt. # 18.) On appeal, Defendant filed an unopposed motion to vacate the judgment and to remand the matter to the District Court pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021), which the Ninth Circuit granted. (Dkt. # 20.)

Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

\\

\\

ORDER - 1

Dated this 16th day of August, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2